UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL          **JS-6**

| Case No. | **CV 09-3037-DMG(VBKx)** | Date | August 12, 2010 |
|---|---|---|---|

| Title | OAKLEY, INC., V. PACIFIC LINK TRADE USA, INC., ET AL., |
|---|---|

| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

   In light of the notice of settlement, filed August 5, 2010, indicating that the case has settled in its entirety and stating that a stipulation of dismissal would be filed.

   IT IS ORDERED that this case is placed in inactive status; the parties shall file a proper stipulation for dismissal, judgment, or may move to reopen if settlement is not consummated, by filing a motion therefor no later than **September 24, 2010.**

   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  The Scheduling Conference set on August 9, 2010**,** Final Pretrial Conference set on December 21, 2010 and the Jury Trial date set on January 18, 2011 are hereby vacated.

   IT IS SO ORDERED.